**Preston GRENDALL**

v.

**TOWN OF FRANKFORT.**

Supreme Judicial Court of Maine.

Submitted on Briefs Sept. 14, 1988.
Decided Sept. 23, 1988.

James S. Horton, Bangor, Nathan Greenberg, Boston, Mass., for plaintiff.

John L. Carver, Belfast, for defendant.

Before McKUSICK, C.J., and
ROBERTS, WATHEN, GLASSMAN,
CLIFFORD and HORNBY, JJ.

MEMORANDUM OF DECISION.

Preston Grendall appeals from the judgment of the Superior Court, Waldo County, dismissing his complaint for insufficiency of process. Grendall contends that a summons issued by a clerk of a Massachusetts court may be used to initiate an action in the Maine Superior Court or, in the alternative, that he was entitled to equitable relief under M.R.Civ.P. 60(b). Because 4 M.R.S.A. § 108 (1979) requires that Superior Court summonses "be in the name of the State [of Maine] under the seal of said court" and because Grendall's 60(b) motion sets forth no ground for equitable relief, we affirm the dismissal.

The entry is:

JUDGMENT AFFIRMED.

All concurring.